**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, *Plaintiffs*, | ) | No. 1:25-cv-2441 (PTG/WEF) |
| v. | ) | |
| METAL EXTERIORS, LLC., *Defendant*. | ) | |

**ORDER**

This matter comes before the Court on the April 8, 2026, Report and Recommendation ("R&R") from Magistrate Judge William E. Fitzpatrick regarding Plaintiffs' Motion for Default Judgment as to Metal Exteriors LLC ("Metal Exteriors"). Dkt. 7. Judge Fitzpatrick advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. *Id.* at 23. To date, no objections have been filed.

Having conducted a *de novo* review of the record, the Court **APPROVES** and **ADOPTS** the findings of the Magistrate Judge in full. Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt. 7) is **GRANTED**; it is further

**ORDERED** that judgment is **ENTERED** by default in favor of Plaintiffs and against

Defendant Metal Exteriors in the total sum of $62,525,[1] it is further

**ORDERED** that Plaintiffs are awarded interest on the delinquent contributions at a rate of 0.0233% per day, compounded daily, from March 14, 2026 until paid in full; and it is further

**ORDERED** that Plaintiffs are awarded post-judgment interest, to be calculated in accordance with 28 U.S.C. § 1961 on the liquidated damages, audit testing fees, and attorney's fees and costs.

This Court shall maintain jurisdiction of the case for the purpose of enforcing this Order. If Defendant fails to comply with any of the terms of this Order, Plaintiffs may, in addition to pursuing the remedies provided under Fed. R. Civ. P. 69, reopen this case upon motion to this Court and notice to the Defendant, and may, at that time, ask for further appropriate monetary and/or injunctive relief, including any additional reasonable attorneys' fees and costs incurred in connection with this case, such as, those incurred to enforce and collect on this judgment.

The Clerk of Court is directed to enter judgment in favor of Plaintiffs, and against Defendant, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further directed to forward a copy of this Order to all parties of record.

[1] The total sum of $62,525 can be broken down as follows:

> (i) $29,375.68 in delinquent contributions; (ii) $12,874.69 in interest on those delinquent contributions through March 13, 2026; (iii) $13,940.02 in liquidated damages; (iv) $1,517.64 in audit testing fees; and (v) attorney's fees and costs in the amount of $4,816.97.

To appeal this decision, Defendant must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendant wants to appeal. Defendant need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendant's right to appeal this decision.

Entered this 21st day of September, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge